

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was filed on October 3, 2019.  Therefore, the Texas Attorney General's appellee's brief was due to be filed on November 4, 2019.  As of this date, neither the appellee's brief nor a motion for extension of time has been filed.  It is therefore ORDERED that appellee show cause in writing *within ten (10) days* from the date of this order why this appeal should not be set at issue.  If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court